JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AK&B VENTURES, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SIGMANET INC.; CONVERGEONE, INC.; CONVERGEONE HOLDINGS; CONVERGEONE SOLUTIONS; and DOES 1 to 30, inclusive,<br><br>　　　　　　　　Defendants.<br><br>CONVERGEONE, INC. and CONVERGEONE HOLDINGS, INC.,<br><br>　　　　　　　　Counterclaimants,<br><br>　　v.<br><br>AK&B VENTURES, LLC,<br><br>　　　　　　　　Counterclaim Defendant. | Case No. 5:19-CV-00565-RGK-JEM<br><br>[Assigned to Hon. R. Gary Klausner, Courtroom 850]<br><br>**[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL OF ENTIRE ACTION**<br><br>Complaint Filed: February 6, 2019<br>Amended Compl. Filed: April 29, 2019<br>Trial Date: March 31, 2020 |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING
VOLUNTARY DISMISSAL OF ENTIRE ACTION

CASE NO. 5:19-CV-00565-RGK-JEM

| | |
|---|---|
| 1 | The Court has received and reviewed the Stipulation Regarding Voluntary |
| 2 | Dismissal of Entire Action jointly filed by Plaintiff AK&B Ventures, LLC |
| 3 | ("Plaintiff") and Defendants Sigmanet, Inc., ConvergeOne, Inc., ConvergeOne |
| 4 | Holdings, Inc. and ConvergeOne Solutions, Inc. ("Defendants"). |

The Court has received and reviewed the Stipulation Regarding Voluntary Dismissal of Entire Action jointly filed by Plaintiff AK&B Ventures, LLC ("Plaintiff") and Defendants Sigmanet, Inc., ConvergeOne, Inc., ConvergeOne Holdings, Inc. and ConvergeOne Solutions, Inc. ("Defendants").

NOW THEREFORE, having so stipulated and for good cause existing, the Court hereby APPROVES the Stipulation Regarding Voluntary Dismissal of Entire Action and **ORDERS** as follows:

The complaint and counterclaim on file shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

**IT IS SO ORDERED.**

Dated: December 23, 2019

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE